IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

--------------------

No. 00-20722

--------------------

OLUFEMI ANTHONY LUKAN,

                                    Plaintiff-Appellant,

versus

NORTH FOREST INDEPENDENT SCHOOL DISTRICT, ET AL
                                    Defendants,

NORTH FOREST INDEPENDENT SCHOOL DISTRICT,
                                    Defendant - Appellee.

--------------------

Appeal from the United States District Court
For the Southern District of Texas

--------------------

(H-97-CV-3306)
June 7, 2001

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     This court having previously determined that there was no causal relationship between plaintiff's asserted constitutional violation and claimed injury, the dismissal of the school district by the district court is affirmed.

     AFFIRMED.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.